## Taber *v.* Packwood.

### In the Court below,

JOSEPH PACKWOOD, *Plaintiff*; JOB TABER, executor of *Elizabeth Westcote*, deceased, *Defendant*.

An action will not lie, for taking and detaining personal property, belonging to the plaintiff, *as heir at law* of the deceased, before it has been distributed to him, under a regular administration.

THE declaration alleged, that on the 28th of May, 1776, *Phebe Shackmaple* made her last will and testament, by which she devised and bequeathed to *John Packwood* and *Joseph Packwood*, all her estate, of every kind or nature whatsoever, upon condition they should arrive to the age of twenty one years; that she also gave, by the will, the use of said estate to *Elizabeth Westcote*, during her natural life; that said *Phebe*, soon after executing said will, died, leaving personal estate, in money, and other articles, to the amount and

value of 231*l.* 19*s.* 4*d.* that said *Elizabeth* thereupon took the possession and use of the same ; that the *Packwoods* both arrived to the age of twenty one years, and soon afterwards died, *John* dying first, aged twenty three, and then *Joseph*, aged twenty four ; and that the plaintiff is heir at law of *Joseph*, the survivor ; that said *Elizabeth* afterwards made her will, appointed the defendant her executor, and died, in possession of all said property, which came into the hands of the defendant, and which he wrongfully retained, and refused, upon special demand, to deliver to the plaintiff.

To this declaration the defendant pleaded, that as executor to the last will and testament of said *Elizabeth Westcote*, he did not hold and retain any monies, goods, or estate, which were the property of said *Joseph Packwood*, at his death.

Issue was joined to the Court, who found for the plaintiff, and rendered judgment, that the plaintiff recover of the defendant the sum of $672, and his costs.

The insufficiency of the declaration was assigned for error.

*Ingersoll* and *Gurley*, for the plaintiff in error.

*A. Spalding* and *Hubbard*, for the defendant.

The judgment of the Superior Court was reversed, ELLSWORTH and HILLHOUSE, *Asts.* dissenting.

BY THE COURT. The personal estate, bequeathed in the will of the said *Phebe Shackmaple*, and which is claimed by the defendant in error, in his action, is sub-

1803.

TABER
v.
PACKWOOD.

ject to the laws, which respect the administration of the estates of deceased persons, being in the first instance, assets for the payment of debts, if any, and if not, to be distributed to the heirs at law; and, therefore, the right of action, in this case, if an action can be maintained, does not belong to the defendant in error, as heir at law, the only capacity, in which he sues; but to the executors or administrators on the estate of the deceased *John* and *Joseph Packwood*.